# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-0571 |
| | § | |
| NATHANIEL DUNN, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Plaintiff Financial Federal Credit Inc. has filed a motion for default judgment against defendant Nathaniel Dunn.  It appears that Natnhaniel Dunn has failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default against him proper.  Financial Federal Credit, Inc. has filed an affidavit and exhibits in support of its claims for actual damages in this suit arising from a Promissory Note and Security Agreement.  Financial Federal Credit Inc. has also sent defendant notice of the motion for entry of default and default judgment.  Further notice to the defendant and further hearings are not necessary.  Rule 55(b)(2), Fed. R. Civ. P.

This court concludes that Financial Federal Credit  has established its entitlement to default judgment against Nathaniel Dunn in the amount of $266,950.96; prejudgment interest from April 5, 2006 at the rate of 18% *per annum*, to the date judgment is entered at the rate of $131.65 per day, and  postjudgment interest on all of the above at the rate of 4.94 % *per annum*.

It is ORDERED that the plaintiff's motion for default judgment be granted in all respects.

SIGNED on May 3, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge